**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | Criminal No. 4:18-CR-339 |
| **DUSTIN CURRY, CLINT CARR, HASSAN BARNES, ADAM LONG, FRASIEL HUGHEY, LISA JONES, and DARIUS TYLER,** | § § § § § | |
| **Defendants.** | § | |

**AMENDMENT TO UNITED STATES'**
**NOTICE OF FORFEITURE IN INDICTMENT**

The United States gave notice in the Indictment that the United States intends to seek the forfeiture of property as provided by Title 21, United States Code, Section 853(a) and Title 18, United States Code, Section 982(a)(1).

1. The United States hereby amends subsection (d) of paragraph 54, the Property Subject to Forfeiture section, to the following (to correct a typographical error in the amount seized):

    d.  $230,815.11 seized from Wells Fargo Account *0957

2. The United States hereby deletes subsection (k) of paragraph 54, the Property Subject to Forfeiture section, because the United States no longer intends to forfeit the real property in Cyprus, Texas, held by Defendant Clint CARR and his wife.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: /s/ Devon Helfmeyer
Devon Helfmeyer
Aleza Remis
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000

## CERTIFICATE OF SERVICE

A true and correct copy of this pleading was filed via electronic court filing on August 6, 2018, and thereby served on all counsel of record.

/s/ Devon Helfmeyer
Devon Helfmeyer