United States District Court
Southern District of Texas

**ENTERED**

February 03, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:18-CR-00339-006 |
| | § | |
| DARIUS TYLER, | § | |
| | § | |
| Defendant. | § | |

### ORDER RESETTING DISCLOSURE DATE AND SENTENCING

At the request of the United States, the sentencing of the defendant is reset:

1. The presentence investigation report will be made available to the defendant on __MARCH 11, 2022__.

2. Counsel will have fourteen days after disclosure to file objections to the presentence investigation report.

3. The final copy of the presentence investigation report will be filed with the Court seven (7) days prior to sentencing.

4. Sentencing will be held on __April 21__, 2022, at __2:00 pm__

Signed, __Feb. 3__, 2022, at Houston, Texas.

Sim Lake
Senior United States District Judge